[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-13876

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LORI ANN CROFOOT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cr-00243-KKM-CPT-1

_____

2                    Opinion of the Court                    21-13876

Before ROSENBAUM, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

Michelle R. Yard, appointed counsel for Lori Ann Crofoot in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Crofoot's conviction and sentence are **AFFIRMED**.